UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
<u>COURT MINUTES</u>

CHAPTER            7
DATE:              May 19, 2015
JUDGE:             Margaret Dee McGarity
CASE NO.:          14-27596-MDM
DEBTOR:            Dmitry Lenikman
ADV. NO.           15-2122
ADV.:              Patrick S. Layng, U.S. Trustee v. Debtor
NATURE OF HEARING:      Preliminary pretrial conference.
APPEARANCES:            Amy Ginsberg, Trial Attorney for U.S. Trustee
                       Lynne Mueller, Attorney for Debtor/Defendant
COURTROOM DEPUTY:       Carolyn A. Belunas
TIME:                   11:30 - 11:35 am

Ms. Ginsberg asserted that the debtor/defendant has not provided her office with requested
documentation.

The parties agreed to adjourn this matter to August 27, 2015, at 10:15 am, via telephone, to allow
additional time for discovery.  The court will initiate the conference call.  If this matter is resolved the
parties should notify the court.