UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

CHAPTER 7
DATE: August 27, 2015
JUDGE: Margaret Dee McGarity
CASE NO.: 14-27596-MDM
DEBTOR: Dmitry Lenikman
ADV. NO.: 15-2122
ADV.: Patrick S. Layng, U.S. Trustee v. Debtor
NATURE OF HEARING: Adjourned (from 5/19/15) preliminary pretrial conference.
APPEARANCES: Amy Ginsberg, Trial Attorney for U.S. Trustee
Lynne Mueller, Attorney for Defendant/Debtor
COURTROOM DEPUTY: Carolyn A. Belunas
TIME: 10:14 - 10:23 am

The parties requested additional time to conduct discovery.

The Court cited *In Re Coady*, 588 F.3d 1312 (11th Cir. 2009).

This hearing is adjourned to October 28, 2015 at 10:00 am, via telephone. The court will initiate the conference call. If this matter is resolved the parties should notify the court.